Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
VASSIL KRAPF

# UNITED STATES DISTRICT COURT,
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| VASSIL KRAPF, | Case No.: **8:11-cv-00559-JST -MLG** |
| Plaintiff, | |
| v. | **REQUEST FOR CLERK'S ENTRY OF DEFAULT AND DECLARATION IN SUPPORT THEREOF** |
| VIRTUOSO SOURCING GROUP, LLC, | |
| Defendant. | |

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Plaintiff, by and through his attorneys, hereby requests this court to make an entry of default against Defendant, VIRTUOSO SOURCING GROUP, LLC, as Defendant has failed to timely answer or otherwise defend itself from Plaintiff's Complaint. The instant motion is based upon the following facts and the supporting declaration by Plaintiff's counsel.

DATED: July 12, 2011                    KROHN & MOSS, LTD.

                                                    By: /s/ Nicholas J. Bontrager
                                                          Nicholas J. Bontrager, Esq.
                                                          Attorney for Plaintiff

MOTION FOR ENTRY OF DEFAULT AND DECLARATION IN SUPPORT THEREOF

## DEFENDANT HAS FAILED TO TIMELY ANSWER OR DEFEND ITSELF AGAINST PLAINTIFF'S COMPLAINT

1.   On April 12, 2011 Plaintiff filed his Complaint against Defendant, VIRTUOSO SOURCING GROUP, LLC ("Defendant").

2.   Plaintiff's Complaint alleged violations of the FDCPA, *15 USC 1692 et seq* and the RFDCPA, *Cal. Civ. 1788 et seq.*

3.   Plaintiff sought statutory damages pursuant to the above-mentioned statutes in addition to actual damages suffered and reasonable attorney's fees.

4.   On June 3, 2011, Defendant was served with the Summons and Complaint via substitute service.  (See certificate of service attached as Exhibit A).

5.   Defendant's Answer to Plaintiff's Complaint was due on June 24, 2011.

6.   Defendant has not filed its Answer nor contacted Plaintiff's attorneys requesting an extension to file its Answer.

7.   *Federal Rule of Civil Procedure* 55(a) provides that "when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

8.   Defendant has failed to plead or otherwise defend itself against Plaintiff's Complaint.

9.   Plaintiff now requests that this court enter a default against Defendant.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

　　　**WHEREFORE,** Plaintiff respectfully requests this court grant his instant motion and enter a default against Defendant, VIRTUOSO SOURCING GROUP, LLC for failure to timely plead or otherwise defend against Plaintiff's Complaint.

　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

DATED:  July 12, 2011　　　　KROHN & MOSS, LTD.

　　　　　　　　　　　By: /s/ Nicholas J. Bontrager
　　　　　　　　　　　　　Nicholas J. Bontrager, Esq.
　　　　　　　　　　　　　Attorney for Plaintiff

MOTION FOR ENTRY OF DEFAULT AND DECLARATION IN SUPPORT THEREOF

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**<u>EXHIBIT A</u>**

MOTION FOR ENTRY OF DEFAULT AND DECLARATION IN SUPPORT THEREOF

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VASSIL KRAPF<br><br>PLAINTIFF(S)<br>v.<br><br>VIRTUOSO SOURCING GROUP, LLC<br><br>DEFENDANT(S) | CASE NUMBER<br><br>**SACV11 -0559 JST (MLGx)**<br><br><br><br>**SUMMONS** |

TO:   DEFENDANT(S): <u>VIRTUOSO SOURCING GROUP, LLC</u>

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure  The answer or motion must be served on the plaintiff's attorney, <u>Nicholas J. Bontrager, Esq.</u>_____, whose address is <u>Krohn & Moss, Ltd.; 10474 Santa Monica Blvd., Suite 401; Los Angeles, CA 90025</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

*DSlagman*
**DODJIE LAGMAN**

Dated: __APR 1 2 2011__          By: _____

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States  Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                **SUMMONS**

Name & Address:

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

VASSIL KRAPF

PLAINTIFF(S)

v.

VIRTUOSO SOURCING GROUP, LLC

DEFENDANT(S).

CASE NUMBER

SACV 11-0559

**PROOF OF SERVICE
SUMMONS AND COMPLAINT**
(Use separate proof of service for each person/party served)

1. At the time of service I was at least 18 years of age and not a party to this action and **I served copies of the** (*specify documents*):

☒ summons
☒ complaint
☐ alias summons
☐ other: (*specify*):

☐ first amended complaint
☐ second amended complaint
☐ third amended complaint

☐ third party complaint
☐ counter claim
☐ cross claim

2. **Person served:**
   a. ☐ Defendant (*name*):
   b. ☒ Other (*specify name and title or relationship to the party/business named*): VIRTUOSO SOURCING GROUP, LLC
      KRISSY HENDERSON - LEGAL ASSISTANT
   c. ☐ Address where papers were served: 13111 EAST BRIARWOOD AVE SUITE 340
      CENTENNIAL, CO 80112

3. **Manner of Service** in compliance with (one box **must** be checked):
   a. ☒ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. **I served the person named in Item 2:**
   a. ☐ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. ☐ **Papers were served on** (*date*): _____ at (*time*): _____
   b. ☒ By **Substituted service**. By leaving copies:
      1. ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☒ (business) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☒ **papers were served on** (*date*): APRIL 15 2011 at (*time*): 11:40 AM
      4. ☒ **by mailing** (by first-class mail, postage prepaid) copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c)
      5. ☒ **papers were mailed on** (*date*): JUNE 3rd 2011
      6. ☐ **due diligence**. I made at least three (3) attempts to personally serve the defendant. **(Attach separate declaration regarding due diligence).**
   c. ☐ **Mail and acknowledgment of service**. By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender **(Attach completed Waiver of Service of Summons and Complaint)**.

CV-01 (08/09)

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

Page 1 of 2

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing (by first-class mail, postage prepaid) copies to the persons at the place where the copies were left in full compliance with C.C.P. 415 20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service)**

f. ☐ **Service on a foreign corporation** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served)**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers**

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: (*date*): _____ at (*time*): _____

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served)**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served)**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving (name, address and telephone number):

   ROSS KING
   7281 E. HINSDALE AVE
   CENTENNIAL, CO 80112
   303-548-4300

   a. ☐ Fee for service: $
   b. ☒ Not a registered California process server
   c. ☐ Exempt from registration B&P 22350(b)
   d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

JUNE 1st 2011
_____
Date

_____
Signature

Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
VASSIL KRAPF

# UNITED STATES DISTRICT COURT,
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

VASSIL KRAPF,

             Plaintiff,

      v.

VIRTUOSO SOURCING GROUP,

LLC,

            Defendant.

)
)
)
)
)
)
)
)
)
)
)

**Case No.: 8:11-cv-00559-JST -MLG**

**DECLARATION IN SUPPORT OF
REQUEST FOR CLERK'S ENTRY
OF DEFAULT**

## <u>DECLARATION</u>

1.    I am the attorney of record for the Plaintiff in the above entitled action.

2.    The Summons and Complaint in said action was duly served upon Defendant on June 3, 2011.

3.    The original Summons has been duly filed in the office of the Clerk of Court on April 18, 2011.

4.    The time allowed by law to Answer the Complaint, specified in Plaintiff's Summons, was twenty-one (21) days from the date of service.

5.    Defendant's Answer was due by June 24, 2011.

MOTION FOR ENTRY OF DEFAULT AND DECLARATION IN SUPPORT THEREOF

6.     The time for Defendant to Answer the Complaint in said action has elapsed.

7.     No Answer has been received by or served upon the Plaintiff or Plaintiff's attorneys.

8.     Defendant is not an infant or incompetent person.

9.     The Servicemembers Civil Relief Act (50 App. U.S.C. § 521) does not apply.

Pursuant to 28 U.S.C. § 1746(2), I, Nicholas J. Bontrager, hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: July 12, 2011                         By: /s/ Nicholas J. Bontrager
                                                  Nicholas J. Bontrager, Esq.
                                                  Attorney for Plaintiff

- 6 -

MOTION FOR ENTRY OF DEFAULT AND DECLARATION IN SUPPORT THEREOF

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 10474 Santa Monica Blvd,. Suite 401, Los Angeles, CA  90025.

On July 12, 2011, I served the following document(s) described as: **REQUEST FOR CLERK'S ENTRY OF DEFAULT AND DECLARATION IN SUPPORT THEREOF** on all interested parties in this action by placing:

[X]     a true copy
[  ]    the original thereof enclosed in sealed envelope(s) addressed as follows:

VIRTUOSO SOURCING GROUP, LLC
Registered Agent:
Irvin A Borenstein
13111 E. Briarwood Ave., #340,
Centennial, CO 80112

       [X]     BY MAIL

       [X]     I am readily familiar with the firm's practice for collection and processing correspondence for mailing.  Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

       [X]     STATE – I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 12, 2011, at Los Angeles, California.

By: /s/ Nicholas J. Bontrager
Nicholas J. Bontrager, Esq.

- 7 -

MOTION FOR ENTRY OF DEFAULT AND DECLARATION IN SUPPORT THEREOF