JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| Vassil Krapf,<br><br>　　　　　　Plaintiff,<br>　　vs.<br>Virtuoso Sourcing Group LLC,<br><br>　　　　　　Defendant. | ) CASE NO. SACV 11-0559-JST (MLGx)<br>)<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>)<br>) |

　　　After consideration of Plaintiff's Request for Default Judgment, the Memoranda of Points and Authorities in support thereof, the Declarations of Nicholas Bontrager and Christopher G. Addy, and the pleadings of this matter,

　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Plaintiff Vassil Krapf in the amount of **$3,852.50** against Defendant Virtuoso Sourcing Group LLC, in addition to costs.

DATED: December 19, 2011

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Josephine Staton Tucker
　　　　　　　　　　　　　　　　　　　　　**United States District Judge**

1